**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **In re**<br>**CHARLES & COLVARD, LTD.,**<br><br>**Debtor.** | **Case No: 26-00969-5-DMW**<br>**Chapter 11** |
| **CHARLES & COLVARD, LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ETHARA CAPITAL LLC,**<br><br>**Defendant.** | **Adversary Proceeding No:**<br>**26-00017-5-DMW** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** Plaintiff, Charles & Colvard, Ltd. (herein "Plaintiff"), by and through the undersigned counsel of record, and hereby moves the Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure.

For the reasons provided in the supporting Memorandum filed contemporaneously with this Motion, Plaintiff contends that there is no genuine disputed issue as to any material fact and that it is entitled to judgment as a matter of law. Consequently, Plaintiff respectfully prays that this Court grant summary judgment in its favor and further grant such other relief as allowed by law.

This the 31st day of July, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/*Rebecca Redwine Grow*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **In re**<br>**CHARLES & COLVARD, LTD.,**<br><br>**Debtor.** | ) | **Case No: 26-00969-5-DMW**<br>**Chapter 11** |
| **CHARLES & COLVARD, LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ETHARA CAPITAL LLC,**<br><br>**Defendant.** | ) | **Adversary Proceeding No:**<br>**26-00017-5-DMW** |

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**NOTICE IS HEREBY GIVEN** of the **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** filed simultaneously herewith in the above-captioned case (the "Motion"); and,

**FURTHER NOTICE IS HEREBY GIVEN** that the Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **TWENTY-ONE (21) DAYS** from the date of this notice; and,

**FURTHER NOTICE IS HEREBY GIVEN** that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion ex parte without further notice

DATED: July 31, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/*Rebecca Redwine Grow*

Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150

Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day he electronically filed a copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court for the United States Bankruptcy Court for the Eastern District of North Carolina utilizing its CM/ECF system, electronic notice of which was remitted to all ECF participants in the above-captioned adversary proceeding.

This the 31st day of July, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/*Rebecca Redwine Grow*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

| | |
|---|---|
| Adam M. Gottsegen<br>Counsel for Defendant | via CM/ECF |