**SO ORDERED.**

**SIGNED this 3 day of September, 2026.**

**David M. Warren**
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **In re**<br>**CHARLES & COLVARD, LTD.,**<br><br>**Debtor.** | **Case No: 26-00969-5-DMW**<br>**Chapter 11** |
| **CHARLES & COLVARD, LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ETHARA CAPITAL LLC,**<br><br>**Defendant.** | **Adversary Proceeding No:**<br>**26-00017-5-DMW** |

**ORDER ALLOWING PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came on before the Court upon the Motion for Summary Judgment [DE# 13] (the "Motion") and Memorandum in Support of Motion for Summary Judgment [DE# 14] (the "Memorandum") filed by Plaintiff Charles & Colvard, Ltd. The Motion and the Memorandum

were properly served on Defendant Ethara Capital LLC, and the Defendant did not file a response to the Motion within the time allowed. Having reviewed the record in this case, including the Motion and supporting Memorandum, and no response having been filed to the same, it appears to the Court that good cause has been shown to grant Plaintiff's Motion for Summary Judgment on the grounds that no genuine issues of material fact exist, and Plaintiff is entitled to judgment as a matter of law on the claims asserted in its Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed by Plaintiff Charles & Colvard, Ltd. is hereby ALLOWED. More specifically, the Court orders as follows:

1. The Initial Ethara UCC, filed with the North Carolina Secretary of State and bearing File No. 20250178577F, and subsequent Amendment bearing File No. 20250185510M, are avoidable as to Plaintiff as preferential transfers pursuant to 11 U.S.C. § 547(b) and avoidable pursuant to 11 U.S.C. § 544(a) (the "Transfers") and are hereby avoided;

2. Defendant Ethara Capital LLC does not have a perfected security interest against Plaintiff Charles & Colvard, Ltd. or any of its assets;

3. The avoided Transfers are preserved for the benefit of the estate pursuant to 11 U.S.C. § 551; and

4. The costs of this action are taxed to the Defendant.

**END OF DOCUMENT**